THE STATE EX REL. RICHARD, APPELLANT, *v.* WELLS, JUDGE, APPELLEE.

[Cite as *State ex rel. Richard v. Wells* (1992), 65 Ohio St.3d 137.]

(No. 92–1358—Submitted October 13, 1992—Decided November 18, 1992.)

*Donald L. Richard, Sr., pro se.*

*Stephanie Tubbs Jones,* Prosecuting Attorney, and *Karen L. Johnson,* Assistant Prosecuting Attorney, for appellee.

The judgment of the court of appeals is affirmed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.